# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Diana Mey Website, http://www.dianamey.com |
| B | Complaint |
| C | Offer of Judgment |
| D | 4/18/15 Email from A. Paronich |
| E | *Mey v. N. Am. Bancard, LLC*, No. 2:14–cv–11331–DPH–MJH, 2014 WL 6686773 (E.D. Mich. Nov. 26, 2014) |