# EXHIBIT C

# HONIGMAN

Roger P. Meyers

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7468
Fax: (313) 465-7469
RMeyers@honigman.com

*Via Email and Overnight Mail*

April 14, 2015

John W. Barrett, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301

*Re:   Diana Mey v. Patriot Payment Group, LLC*
*Case No. 5:15-cv-00027-JPB*

Dear Mr. Barrett:

I represent Patriot Payment Group, LLC ("Patriot") in connection with the above-referenced action. I enclose an Offer of Judgment Pursuant to Rule 68 and a Certificate of Service. I look forward to your response.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Roger P. Meyers

Enclosures

c:     Anthony Paronich, Esq. (via email, w/encls.)
       Edward A. Broderick, Esq. (via email, w/encls.)
       Jonathan R. Marshall, Esq. (via email, w/encls.)
       Matthew P. McCue, Esq. (via email, w/encls.)
       Christina S. Terek, Esq. (via email w/encls.)

**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

16982527.1

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly
situated,

                Plaintiff,                Case No. 5:15-CV-00027-JPB

      v.                        Hon. John Preston Bailey

PATRIOT PAYMENT GROUP, LLC,

                Defendant.

---

BAILEY & GLASSER, LLP
John W. Barrett
Jonathan R. Marshall
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
(304) 345-6555
(304) 342-1110 (fax)

BRODERICK LAW, P.C.
Edward A. Broderick
Anthony Paronich
125 Summer St, Suite 1030
Boston, MA 02110
ted@broderock-law.com
anthony@broderick-law.com
(617) 738-7080

LAW OFFICE OF MATTHEW P. MCCUE
Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
(508) 655-1415
(508) 319-3077 (fax)
mmccue@massattorneys.net

Attorneys for Plaintiff

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Roger P. Meyers (*pro hac vice* appl. submitted)
Brittany D. Parling (*pro hac vice* appl. submitted)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
rmeyers@honigman.com
bparling@honigman.com
(313) 465-7468
(313) 465-7469 (fax)

SPILMAN THOMAS & BATTLE PLLC
Christina S. Terek (WV Bar No. 9724)
Century Centre Building
1233 Main Street, Suite 4000
Post Office Box 831
Wheeling, WV 26003
cterek@spilmanlaw.com
(304) 230-6962

Attorneys for Defendant

16967438.3

**DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

Patriot Payment Group, LLC ("Patriot"), by and through the undersigned counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in complete and full satisfaction of the entire demand of Plaintiff Diana Mey, as set forth in Mey's "Class Action Complaint," hereby offers to allow a judgment to be entered against it and in favor of Mey, awarding Mey the following relief:

1.      The amount of $1,500.00 (One Thousand Five Hundred U.S. Dollars) for each telephone call which Mey alleges Patriot made to her in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (the "TCPA") on the following dates: January 19, 2015; January 21, 2015; January 26, 2015; January 27, 2015, and February 2, 2015—totaling $7,500.00 (Seven Thousand Five Hundred U.S. Dollars);

2.      If Mey's Class Action Complaint alleges that Patriot made more than five telephone calls to Mey in violation of the TCPA, Patriot hereby offers Mey the amount of $1,500.00 (One Thousand Five Hundred U.S. Dollars) for each and every additional telephone call which Mey alleges Patriot made to her in violation of the TCPA;

3.      The accrued costs and expenses of this action;

4.      Reasonable attorneys' fees in an amount to be determined by the Court; and

5.      Patriot also agrees to the entry of a stipulated injunction against it as requested in the Class Action Complaint.  Specifically, Patriot will stipulate to an injunction prohibiting it from making telemarketing calls in violation of the TCPA.

This offer of judgment is intended to fully satisfy the individual claims of Mey asserted in this action or which could have been asserted in this action.  To the extent the offer does not do so, Patriot hereby offers to provide Mey with any other relief which this Court determines is necessary to fully satisfy all of Mey's individual claims in this action.

2

16967438.3

This offer of judgment is made only for the purposes specified in Rule 68.  Patriot tenders this offer of judgment solely to avoid the uncertainty and expense of further litigation.  This offer of judgment is neither an admission that Patriot is liable in this action nor that Mey has suffered any damages.

Dated:  April 14, 2015                    Respectfully submitted,

                                          SPILMAN THOMAS & BATTLE PLLC


                                          By: /s/ Christina S. Terek
                                              Christina S. Terek  (WV Bar No. 9724)
                                              Century Centre Building
                                              1233 Main Street, Suite 4000
                                              Post Office Box 831
                                              Wheeling, WV 26003
                                              cterek@spilmanlaw.com
                                              (304) 230-6962

                                          Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015, I served a copy of Defendant's Offer of Judgment Pursuant to Rule 68 in the above-captioned matter by overnight mail to John W. Barrett, Plaintiff's counsel, at his business address at:

> John W. Barrett
> Bailey & Glasser, LLP
> 209 Capitol St.
> Charleston, WV 25301

I further certify that I electronically mailed the foregoing document to all counsel of record.

> /s/ Mitra Jafary-Hariri
> HONIGMAN MILLER SCHWARTZ & COHN LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226-3506
> (313) 465-7428
> mjafary-hariri@honigman.com

16967438.3