# EXHIBIT D

**Archived:** Tuesday, May 05, 2015 10:39:35 AM
**From:** Anthony Paronich
**Sent:** Saturday, April 18, 2015 12:21:18 PM
**To:** Jafary-Hariri, Mitra; jbarrett@baileyglasser.com
**Cc:** ted@broderick-law.com; jmarshall@baileyglasser.com; mmccue@massattorneys.net; cterek@spilmanlaw.com; Meyers, Roger P.; Parling, Brittany D.
**Subject:** RE: Mey v. Patriot Payment Group, LLC
**Importance:** Normal

Counsel:

We have conferred with our client, who rejects this offer.


----
Anthony Paronich
Broderick Law, P.C.
99 High Street, Suite 304
Boston, MA 02110
[p] (508) 221-1510
[f] (617) 830-0327

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**From:** Jafary-Hariri, Mitra [mailto:MJafary-Hariri@honigman.com]
**Sent:** Tuesday, April 14, 2015 5:11 PM
**To:** jbarrett@baileyglasser.com
**Cc:** anthony@broderick-law.com; ted@broderick-law.com; jmarshall@baileyglasser.com; mmccue@massattorneys.net; cterek@spilmanlaw.com; Meyers, Roger P.; Parling, Brittany D.
**Subject:** Mey v. Patriot Payment Group, LLC

Dear Mr. Barrett:

Please see the attached correspondence, also being sent via overnight mail.  To promote efficiency, we propose that both sides expressly consent to service by e-mail.  Will you agree?

Thank you,
Mitra

HONIGMAN

**Mitra Jafary-Hariri**
Associate
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506
Telephone Number: (313) 465-7428
Fax Number: (313) 465-7429
mjafary-hariri@honigman.com
www.honigman.com

This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.