IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, individually and on behalf of a class
of all persons and entities similarly situated,

    Plainitff,

vs.                                          Case No. 5:15-CV-00027-JPB

PATRIOT PAYMENT GROUP, LLC and       Hon. John Preston Bailey
NORTH AMERICAN BANCARD, LLC,

    Defendant,

## Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Entry of Scheduling Order

Plaintiff Diana Mey ("Plaintiff"), on behalf of the Class of individuals she seeks to represent, respectfully submits this Unopposed Motion for Preliminary Approval of Settlement and Entry of Scheduling Order. As is set forth more fully in the accompanying Memorandum in Support, the Plaintiff and Defendants Patriot Payment Group, LLC ("PPG") and North American Bancard, LLC ("NAB") (together, the "Defendants," and together with the Plaintiff, the "Parties"), have reached a preliminary settlement that is subject to this Court's approval and the terms of which are set out in a written settlement agreement (the "Settlement Agreement"). Plaintiff respectfully submits that the terms of the proposed settlement are fair, adequate, and reasonable, and merit the Court's approval. The Settlement will create a common fund of $3,700,000, from which class members will receive a *pro rata* share, after deductions for attorneys' fees, costs, a class representative incentive award, class administration expenses, and any other cost determined by the Court. Considering the risks of continued litigation and the potential for appellate delay, this is an excellent outcome for class members.

Plaintiff therefore respectfully requests that the Court enter an Order (1) preliminarily approving the terms of the Parties' Settlement Agreement and, and (2) establishing a schedule for effectuating the Settlement. Defendants have agreed to the proposed order of preliminary approval attached to this motion.

                                                Respectfully submitted,

                                                Plaintiff,
                                                By Counsel

s/ *John W. Barrett*
John W. Barrett
Jonathan R. Marshall
Ryan M. Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rdonovan@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone:  (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE, P.C.
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

## **CERTIFICATE OF SERVICE**

      I, John W. Barrett, hereby certify that on April 4, 17, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                s/ *John W. Barrett*
                                                John W. Barrett